# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS NARCISO CABRERA, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>-against-<br><br>JOE'S AUTO WRECKERS INC. (D/B/A JOE'S AUTO WRECKERS ), NCR AUTO CORES & SECURITY INC. (D/B/A NCR AUTO CORES), and JOSEPH FORTI,<br><br>Defendants. | Case 7:19-cv-00564-CS<br><br>STIPULATION OF DISMISSAL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 1/7/21 |

WHEREAS, the parties have reached a settlement that is considered fair and reasonable by this Court in accordance with "Cheeks vs. Freeport Pancake House", it his hereby **ORDERED:**

1. Pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii), this action is hereby dismissed with prejudice.
2. The federal Court expressly retains jurisdiction over the settlement for the purposes of enforcement.

Dated: New York, New York
January 7, 2020

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

Jeffrey Briem
Jones, LLP
670 White Plains Road, PH
Scarsdale, NY 10583
Tel: (914) 472-2300
Fax: (914) 472-2312
Email: jbriem@joneslawllp.com

/s/Clifford Tucker
Clifford R. Tucker, Esq.
Michael Faillace & Associates, PC
60 East 42nd St., Suite 4510
New York, New York 10165
Ph: 212-317-1200
CTucker@FaillaceLaw.com